Dale Maisano 077877
Arizona State Prison Tucson Winchester
P.O. Box 24407
Tucson, Arizona 85734

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JAN - 3 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

In The United States District Court
For The District of Arizona

CIV 14 - 96 TUC RCC

Dale Maisano,
  Plaintiff,
 V.
President Barack H. Obama, NP John Modrzejewski, Corizon Health Inc, Arizona State of, Director Charles Ryan, Warden Tresa Schroeder, D.W. Linda Vega, FHA Matthew Hurvey, Defendant(s)

Jury Trial Demanded x 12
42 U.S.C. §§ 1997(e), 1985, Under The Affordable Health Care Act. The Civil Rights Act of 1871 As Put Parties, Under The 8th, 11th & 14th Amends of The U.S. Const. As Well as RICO Violations & Medical Malpractice

All Defendant(s) are Fully aware The Only Care given to Inmates in Arizona is Cursory, In Violation of Estelle V. Gamble 429 U.S. 97, (1976) and Now under The Affordable Healthcare Act. Ask This Dah Staff Don't have a clue, And Say We are Still being Charged

Relief Requested
1. Real Medical Care all Areas, Don't forget Mental Health
2. From each Defendant Per Day Denial Under The Civil Rights Act of 1871 As Put. Parties One Trillion Dollars U.S. Under The Color of St. Law and RICO Violation Ten Trillion Dollars U.S.
3. See Maisano V. Friend CV-13-0260 RCC TUC Same Relief as W/in See Requested W/in This New Action

Submitted Thus 12-31-13  2014 by [signature] Dale Maisano
CC See RR #3 Same

